

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2014

No. 04-14-00142-CV

Flavio **ALVAREZ**, M.D.,
Appellant

v.

Martha G. **GARCIA**, Judith Rocha, Rosalinda Gonzales, Sylvia Gonzales, Minerva Gonzales,
Individually and as Heirs of the Estate of Dalia Hernandez, Deceased,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-10242
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Appellant's brief was originally due May 14, 2014; however, the court granted appellant an extension of time until June 13. Appellant has filed a motion for an additional thirty-day extension of time to file the brief.

We **grant the motion** and **order** appellant Flavio Alvarez, M.D., to file appellant's brief by **July 14, 2014**. Appellant is advised that **no further extensions of time will be granted** absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court